# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>CAROLYN MCMILLIAN<br>SSAN: XXX-XX-5698<br><br><br>Debtor(s) | Case No. 17-32038-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 18, 2017.

2. The debtor(s) §341 Meeting of Creditors was held August 31, 2017.

3. The debtor(s) overall pay record is 123%.

(**X**) The debtor(s)' plan fails to meet the best interest of creditors test as discussed at the 341.

(**X**) The specified payment for the claim of Title Credit Finance is insufficient to pay the claim in five years.

(**X**) Debtor was to amend Schedule J to list her dependents living at home.

(**X**) Debtor was to amend Schedule B to add a 2005 Mercury Montego that she testified was worth around $1,100.00.

(**X**) Debtor was to amend Schedule A to provide a collateral value for the mobile home, and to include her interest in the land on which the mobile home sits.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this September 25, 2017.

<pre>
                                        Sabrina L. McKinney
                                        Chapter 13 Standing Trustee

                                    By: /s/*Audrey L. Willis*
                                        _____
                                        Audrey L. Willis
                                        Staff Attorney
</pre>

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: willisa@ch13mdal.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this September 25, 2017.

<pre>
Copy to: DEBTOR(S)                       /s/*Audrey L. Willis*
         RICHARD D SHINBAUM               _____
                                          Audrey L. Willis
                                          Staff Attorney
</pre>